UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Expedition Leather LLC</u>

    v.                                  Civil No. 11-cv-588-JL

<u>FC Organizational Products LLC</u>

**<u>O R D E R</u>**

The court has undertaken active consideration of the parties' briefs (documents no. 26 and 28) concerning applicability of forum selection clause. While the parties previously waived the evidentiary hearing in favor of the court deciding the issue on the written filings, it is the court's practice to hear oral arguments. Any party preferring that the court decide the issue on the written filings, without oral argument, should notify the Deputy Clerk within 5 days of this notice. Further, if there is any reason that the court should not actively consider the motion at this time (such as an imminent settlement or planned, potentially successful mediation), counsel are requested to immediately notify the Deputy Clerk.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: November 7, 2012
cc: Philip H. Graeter, Esq.
    Jesse I. Redlener, Esq.
    Jennifer Turco Beaudet, Esq.